AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES
V.
KERON-RANDALL LEWIS

**EXHIBIT AND WITNESS LIST**

Case Number: 16-CR-10074-RGS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Bowler | Wortmann | Sinsheimer |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 4/6/2016 | Digital | BPG |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 4/6/2016 | | | Gov't calls Daniel Campbell |
| 1A | | 4/6/2016 | x | | Excerpt of undercover recording (custody of AUSA Wortmann) |
| 1B | | 4/6/2016 | x | x | Surveillance photographs of Keron-Randall Lewis |
| 1C | | 4/6/2016 | x | x | US v. Lewis transcript of video of from 10/15/15 |
| 2A | | 4/6/2016 | x | | Video recording of Keron-Randall Lewis (custody of AUSA Wortmann) |
| 2B | | 4/6/2016 | x | x | Surveillance photographs of Keron-Randall Lewis |
| 3 | | 4/6/2016 | x | x | US v. Lewis summary of police reports |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages